```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Abel Sanchez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　*Plaintiff*,<br><br>　v.<br><br>ABEL SANCHEZ,<br><br>　　　　　　*Defendant*. | No. **1:05-mj-00336 SMS (ED. CA.)**<br>No.  2:05-cr-00849 PGC (D. Utah)<br><br>**APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND**<br><br>**ORDER THEREON** |

　　　Defendant Abel Sanchez hereby moves this court for an order to exonerate the bond and reconvey real property in the above-captioned case.

　　　On November 23, 2005, Abel Sanchez appeared in this matter before Sandra M. Snyder, United States Magistrate Judge regarding a complaint out of the District of Utah, Central Division, and was ordered released from custody under the supervision of Pretrial Services and a full equity real property bond in the amount of $99,186.  A certified deed of trust, Tulare County deed #2006-0019622, and straight note were provided to this court by Ruben and Herlinda Sanchez on April 25, 2006.  See Exhibit 1 (E.D. CA docket).

　　　On December 9, 2005, Mr. Pinkerton appeared as required in the District of Utah, Central Division before Judge Brooke C. Wells for arraignment in 2:05-cr-00849 PGC.  On August 25, 2006, Mr. Sanchez was sentenced to 4 months custody and  24 months supervised release. On November 6, 2006,

1  Mr. Sanchez surrendered himself to the Bureau of Prisons to serve this sentence. See Exhibit 2 (D. Utah
2  docket).
3  Since Mr. Sanchez has met the conditions of release in this matter, he requests that the court
4  exonerate the bond set by this court and reconvey title to the real property securing the bond, located at
5  372 N. Westside Street, Porterville, CA, 93257, to Ruben and Herlinda Sanchez.

DATED: June 18, 2007           /s/ Marc C. Ament
                               MARC C. AMENT
                               Attorney of Record for
                               Ruben Sanchez

# **O R D E R**

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and title to the real property, Tulare County Recorder Doc number 2006-0019622 , be reconveyed to Ruben and Herlinda Sanchez.

IT IS FURTHER ORDERED that the defendant's 'passport' surrendered on November 29, 2007 [7] shall be returned to the defendant or his attorney of record.

IT IS SO ORDERED.

**Dated:   June 21, 2007**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Re: Exoneration of Bond
and Reconveyance of Real Property                2